KING et al., Appellants, v. ALBRIGHT, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 16, 1900.) Action by Patrick F. King and another against Charles Albright. No opinion. Judgment of the county court affirmed, with costs.

---

KITZ v. BUCKMASTER. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Matilda Kitz against John D. Buckmaster. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 61 N. Y. Supp. 64.

---

KLOCK, Appellant, v. KLOCK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Libbie M. Klock against Adam I. Klock and another. No opinion. Motion to dismiss appeal granted.

In re KRIEGER. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) In the matter of the application of John Krieger for writ of habeas corpus. No opinion. Order of the special term dismissing proceedings affirmed.

---

KUBIE, Respondent, v. MILLER et al., Respondents (SMITH, Appellant.) (City Court of New York, General Term. March 2, 1900.) Action by Isaac Kubie against Miller Bros. & Co. and Alexander B. Smith as receiver. There was a default judgment in favor of plaintiff, and the receiver moved to vacate the same. From an order denying the motion the receiver appeals. Affirmed. Edgar J. Lauer, for appellant. M. G. Guyterman, for respondent Isaac Kubie.

PER CURIAM. Order appealed from affirmed, with $10 costs.

---

In re LASKY. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) In the matter of the application of Samuel D. Lasky for admission to practice.

PER CURIAM. The applicant should produce a letter of recommendation from one of the judges of the highest court of law in Missouri, or furnish other satisfactory evidence of character and qualifications while practicing in that state, as required by rule 2 relating to the admission of attorneys and counselors.

---

LAVIN, Respondent, v. GAZETTE CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 16, 1900.) Action by Julia Lavin against the Gazette Company. No opinion. Order affirmed, with costs. All concur, except SMITH, J., not voting.

---

LAWYERS' SURETY CO. v. KATZ et al. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by the Lawyers' Surety Company against Blume Katz and another. No opinion. Motion granted, with $10 costs.

---

LEE, Respondent, v. METROPOLITAN ST. RY CO., Appellant. (Supreme Court, Appellate Term. February 8, 1900.) Action by Patrick Lee against the Metropolitan Street-Railway Company. From a judgment for plaintiff affirmed by general term (60 N. Y. Supp. 1141), defendant appeals. Affirmed. Henry A. Robinson, for appellant. William O. Miles, for respondent.

PER CURIAM. Judgment affirmed, with costs.

LEVENTRITT, J., takes no part.

---

In re LEGGAT. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) In the matter of the application of Ophelia Leggat to punish William V. Molloy, sheriff of Westchester county, for contempt of court. No opinion. Order reversed, with $10 costs and disbursements, and proceedings dismissed, on opinion in Re Leggat (Sup.) 62 N. Y. Supp. 208.